Case 1:23-mc-00292-MKV  Document 18  Filed 01/23/24  Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA DECATUS,

                Plaintiffs,

-against-

EZ PASS INTERAGENCY GROUP & ALL EXECUTIVE BOARD MEMBERS et al.,

                Defendants.

1:23-mc-00292-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Vanessa Decatus, who is appearing *pro se*, initiated this matter as a miscellaneous case on behalf of the "Vanessa Decatus Trust/Estate." [ECF 1]. The submission is captioned as a notice of claim in the Supreme Court of the State of New York and lists Decatus as the claimant and the City and County of New York as the Defendant. The filing is expressly labeled as a state court case, and in any event, because this case does not fit any of the listed categories of miscellaneous matters, this case cannot proceed under the miscellaneous docket.

    The Clerk of Court is directed to open this case as a new civil action with Decatus listed as the plaintiff and the City and County of the State of New York listed as the defendant. The Clerk of Court is further directed to terminate any pending motions and administratively close this miscellaneous case.

**SO ORDERED.**

Date: **January 23, 2024**
        New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**