UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA DECATUS,

                Plaintiff,

-against-

CITY AND COUNTY OF THE STATE OF NEW YORK,

                Defendant.

24-CV-2224 (LTS)

ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Vanessa Decatus, who is appearing *pro se*, initiated this matter as a miscellaneous case on behalf of the "Vanessa Decatus Trust/Estate." By order dated January 23, 2024, the Honorable Mary Kay Vyskocil, of this court, determined that the case does not fit any of the listed categories of miscellaneous cases, and that the case cannot proceed under the miscellaneous docket. (ECF No. 1.) Judge Vyskocil further directed the Clerk of Court to open this case as a new civil action "with Decatus listed as the plaintiff and the City and County of the State of New York listed as the defendant." (*Id.*) The Clerk of Court opened this matter as a new civil action on March 25, 2024, and assigned the above docket number.

    To proceed with a civil action in this court, a plaintiff must either (1) pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee, or (2) request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 24-CV-2224 (LTS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  March 28, 2024
        New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge