UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA DECATUS,

                Plaintiff,

-against-

CITY OF NEW YORK; COUNTY OF NEW YORK,

                Defendants.

24-CV-2224 (JGLC)

**ORDER OF DISMISSAL**

JESSICA G. L. CLARKE, United States District Judge:

    On May 13, 2024, the Court dismissed this action for failure to state a claim but granted *pro se* Plaintiff until June 12, 2024 to replead her claims. ECF No. 6. Plaintiff did not file anything by that deadline. As of today's date, Plaintiff has not responded to the Court's May 13 Order, nor has she otherwise indicated that she intends to pursue this action.

    Rule 41(b) of the Federal Rules of Civil Procedure provides that a district court may dismiss an action if "the plaintiff fails to prosecute or otherwise comply with [the] rules or a court order." Fed. R. Civ. P. 41(b); *see also Baptiste v. Sommers*, 768 F.3d 212, 216 (2d Cir. 2014). Under Rule 41(b), a district court may dismiss an action *sua sponte* for failure to prosecute after notifying the plaintiff. *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001). Because the Court has not received any response from Plaintiff, including any indication that she intends to pursue this case, the instant action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

    The Clerk of Court is directed to close the case and to mail a copy of this Order to Plaintiff.

Dated: June 21, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge